UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEXTER BROWN, | ) | No. CV 13-4409 R (FFM) |
| Petitioner, | ) ) ) | ORDER RE SUMMARY DISMISSAL OF ACTION |
| v. | ) ) | |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) ) ) | |
| Respondent. | ) ) | |

On June 19, 2013, petitioner filed what is captioned a Petition for Writ of Habeas Corpus by a Person in State Custody.

The document does not make any attempt to challenge the legality or duration of petitioner's current confinement. Rather, petitioner's filing seeks a copy of an apparently previously filed Petition for Writ of Habeas Corpus. A review of the Court's docket does not reveal any pending matter filed by petitioner (other than the instant filing).

The Writ of Habeas Corpus is limited to attacks upon the legality or duration of confinement. *Crawford v. Bell*, 599 F.2d 890, 891 (9th Cir. 1979) (citing *Preiser v. Rodriguez*, 411 U.S. 475, 484-86 (1973)). Petitioner's filing does not implicate the legality or duration of confinement.

/ / /

/ / /

1  Pursuant to Rule 4 of the Rules Governing Section 2254 cases in the United
2  States District Court, it is therefore ordered that this action be dismissed without
3  prejudice.

5  DATED: June 25, 2013

_____
MANUEL L. REAL
United States District Judge

Presented by:

 /S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge

2